IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CLIFFORD SCHUETT | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv746 |
| JOHN B. FOX | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Clifford Schuett, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed several motions seeking preliminary injunctive relief (doc. nos. 2, 3, 5 and 10). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge (doc. no. 18) recommending the motions be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motions for preliminary injunctive relief are **DENIED**.

**SIGNED** this the 21 day of **August, 2012.**

_____
Thad Heartfield
United States District Judge